

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-12-BLG-SPW-4 |
| Plaintiff, | |
| vs. | ORDER |
| BETHANY ANN FAIRCHILD, | |
| Defendant. | |

Upon Defendant, Bethany Ann Fairchild's Unopposed Motion for Leave to file Motion to Continue Sentencing Under Seal (Doc. 164), and good cause being shown,

IT IS HEREBY ORDERED that the Motion (Doc. 164) is GRANTED. The Defendant's Motion to Continue Sentencing (Doc. 165) is filed under seal.

DATED this 23rd day of March, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1