

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-12-BLG-SPW-4 |
| Plaintiff, | |
| vs. | ORDER |
| BETHANY ANN FAIRCHILD, | |
| Defendant. | |

Upon Defendant, Bethany Ann Fairchild's Unopposed Motion for Leave to file Defendant's Sentencing Memorandum Under Seal (Doc. 172), and good cause being shown,

IT IS HEREBY ORDERED that the Motion (Doc. 172) is GRANTED. The Defendant's Sentencing Memorandum is filed under seal.

DATED this 5th day of June, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1