FILED

JUN 1 2 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-12-BLG-SPW-4 |
|---|---|
| Plaintiff, | |
| vs. | |
| BETHANY ANN FAIRCHILD, | ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL |
| Defendant. | |

Upon the United States' Unopposed Motion for Leave to File Under Seal (Doc. 175), and good cause appearing in support thereof,

IT IS HEREBY ORDERED, that the United States' motion (Doc. 175) for leave to file its response to the defendant's sentencing memorandum is GRANTED.

Dated this 9th day of June, 2017.

SUSAN P. WATTERS
United States District Court Judge

1